# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In the Matter of:                    }
                                     }   Case No. 13-31111
Dorothy Henderson                    }
                                     }   Chapter 13
                                     }
**Debtor(s)**                        }

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES now the debtor(s) and objects to the Trustee's Motion to Dismiss based upon the following:

1. The debtor(s) filed this case on May 1, 2013.

2. Since the filing of the Chapter 13 case, the debtor(s) became behind in payments to the Trustee because debtor lost her job and her daughter became ill which created extra bills.

3. The debtor(s) is now able to resume payments to the Trustee because she is now working. Payments resumed February 14, 2018.

Wherefore, premises considered, the debtor(s) object to the case being dismissed Respectfully submitted this the 19 day of February, 2018.

*/s/ Richard D. Shinbaum*
*ASB-8638-B54R*

*Attorney for Debtor*:
Richard D. Shinbaum ASB-8638-B54R
Shinbaum Law Firm
566 South Perry Street
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day 19 day of February, 2018.

Chapter 13 Trustee, Sabrina McKinney
Bankruptcy Administrator, Teresa Jacobs


/s/     Richard     D.     Shinbaum
ASB-8638-B54R