# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 13-31111-WRS
                                                         Chapter 13

Dorothy Henderson

       Debtor.

## ORDER CONTINUING HEARING
## ORDER INCREASING PAYMENTS

       The hearing on the trustee's motion to dismiss this case is hereby CONTINUED to be held at the United States Bankruptcy Court, United States Courthouse, One Church Street, Courtroom 4-C, Montgomery, Alabama on **June 4, 2018 at 10:00 am**.

       The hearing is being continued to monitor payments.

       The amount of the payments to the trustee under the plan must be increased to make the plan feasible. In accordance with the ruling from the bench in open court, it is

       **ORDERED** that the amount of the payments to the trustee are hereby **INCREASED to $780.00 monthly.**

       Done this 5th day of March, 2018.

                                                                             William R. Sawyer, Chief
                                                                             United States Bankruptcy Judge

c:       Debtor
          Richard D. Smith, Attorney for Debtor
          Sabrina L. McKinney, Trustee